AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

06-637

# United States District Court    District OF DELAWARE

| | | |
|---|---|---|
| Name MICHAEL D. SHUDA | Prisoner No. 574596 | Case No. 0501002586 |

Place of Confinement
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 E. 12TH STREET, WILMINGTON, DE. 19809

Name of Petitioner (include name under which convicted)
MICHAEL D. SHUDA

Name of Respondent (authorized person having custody of petitioner)
v. WARDEN RAPHAEL WILLIAMS

The Attorney General of the State of: DELAWARE

## PETITION

1. Name and location of court which entered the judgment of conviction under attack THE SUPERIOR COURT OF THE STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY

2. Date of judgment of conviction AUGUST 07, 2006

3. Length of sentence 6 MOS SUSPENDED, IN LIEU OF 1 YR LEVEL (1) PROBATION

4. Nature of offense involved (all counts) ONE (1) COUNT OF THE OFFER AND SALE OF UNREGISTERED SECURITIES.

(SEE SENTENCING WORKSHEET)

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

06-637

7. Did you testify at the trial?
   Yes ☐  No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐  No ☒

FILED
OCT 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE   RG

SCANNED

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

  (a) Name of court _____

  (b) Result _____

  (c) Date of result and citation, if known _____

  (d) Grounds raised _____

  _____

  (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

  (1) Name of court _____

  (2) Result _____

  _____

  (3) Date of result and citation, if known _____

  (4) Grounds raised _____

  _____

  (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

  (1) Name of court _____

  (2) Result _____

  _____

  (3) Date of result and citation, if known _____

  (4) Grounds raised _____

  _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

  (a) (1) Name of court _SUPERIOR COURT IN AND FOR NEW CASTLE CTY. IN THE STATE OF DELAWARE._

  (2) Nature of proceeding _WRIT OF HABEAS CORPUS_

  (3) Grounds raised _VIOLATION OF THE PETITIONER'S INTERSTATE AGREEMENT ON DETAINERS_

(3)

AO 241 (Rev. 5/85)

"THE PETITIONER IS FILING THIS PETITION NOW AS TIME IS OF THE ESSANCE AS IT PERTAINS TO THE PETITIONERS GOOD TIME AND OTHER PENDING ISSUES."

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☒

(5) Result __NONE AVAILABLE__

(6) Date of result __NONE AVAILABLE__

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _____

(3) Grounds raised _____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.     Yes ☐  No ☒
(2) Second petition, etc.   Yes ☐  No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

__I BELIEVE THE GROUNDS RAISED (I.A.D.) FALL UNDER FEDERAL JURISDICTION.__

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
   CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal. (SEE STATEMENT OF FACTS)

A. Ground one: DENIAL OF PETITIONER'S 1ST AMENDMENT RIGHTS

Supporting FACTS (state briefly without citing cases or law) BY BEING IN VIOLATION OF THE PETITIONER'S I.A.D., THE STATE OF DELAWARE IS DENYING THE PETITIONER'S RIGHT TO COMMUNICATE AND HAVE VISITS FROM HIS FAMILY.

B. Ground two: DENIAL OF LIFE, LIBERTY, THE PURSUIT OF HAPPINESS, DUE PROCESS, AND EQUAL PROTECTION RIGHTS

Supporting FACTS (state briefly without citing cases or law): BY BEING IN VIOLATION OF THE PETITIONER'S I.A.D. THE STATE OF Delaware IS DENYING THE PETITIONER'S RIGHT TO:
1) COMMUNICATE WITH AND HAVE FAMILY VISITS.
2) "GOOD TIME" A.K.A. "GAIN TIME", THEREBY AFFECTING THE PETITIONER'S EARLY RELEASE DATE.
(SEE GROUND TWO CONTINUED)

C. Ground three: DENIAL OF THE PETITIONER'S 8th AMENDMENT RIGHTS

Supporting FACTS (state briefly without citing cases or law): BY VIOLATING THE PETITIONER'S I.A.D. THE STATE OF DELAWARE HAS SUBMITTED THE PETITIONER TO:
1) CO-HABITATING WITH TWO ADDITIONAL INMATES IN A CELL DESIGNED FOR TWO.
2) SLEEPING ON THE CELL FLOOR.
(SEE GROUND THREE CONTINUED)

D. Ground four VIOLATION OF PETITIONER'S I.A.D.

Supporting FACTS (state briefly without citing cases or law): BY NOT RETURNING THE PETITIONER TO HIS HOME STATE WITHIN THE 180 ALLOTED DAYS UNDER THE TERMS AND CONDITIONS OF THE I.A.D., THE STATE OF DELAWARE IS IN VIOLATION.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: THE INTERSTATE AGREEMENT FALLS UNDER FEDERAL JURISDICTION, AND WERE NOT PRESENTED IN STATE COURT. CONSEQUENTLY, 12A,B,C,D, ARE FEDERAL CONSTITUTIONAL ISSUES.

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing _____

(b) At arraignment and plea ANTHONY FIGLIOLA, JR. 1813 MARSH RD., SUITE A, WILMINGTON, DE. 19810

(6)

AO 241 (Rev. 5/85)

(c) At trial  ANTHONY FIGLIOLA, JR
1813 MARSH RD., SUITE A  WILMINGTON, DE. 19810

(d) At sentencing  ANTHONY FIGLIOLA JR
1813 MARSH RD., SUITE A, WILMINGTON, DE. 19810

(e) On appeal _____

(f) In any post-conviction proceeding _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐   No ☒
   (a) If so, give name and location of court which imposed sentence to be served in the future: _____

   (b) Give date and length of the above sentence: _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes ☐   No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

(SEE RELIEF SOUGHT)

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

10/11/06
(date)

_Michael A. Shuda_
Signature of Petitioner

(7)

Frank Buddington
228 Marshall Ave.
Gibbstown, NJ 08027

U.S.M. X-RAY

ATTN: Clerk

U.S. District Court
844 King St.
U.S. Court House
Wilmington, DE, 19801

FIRST CLASS

UNITED STATES POSTAL SERVICE
AMOUNT $1.83
U.S. POSTAGE PAID
PAULSBORO, NJ 08066
OCT 13, 06
000107748-12
19801

# SENTENCING WORKSHEET

**DEFENDANT NAME:** Michael Shuda
**AKA:**
**BI:**
**DEFT.** 06-637
**Date:** 8/7/06
**Time:** 4:15
**ID NUMBER:** 00910002686
**DOB:** 10/14/66
**Judge:** JRS

## CHARGE
**CHARGE:** Sale using Securities
**LIO:**
**Cr.A.** 0529
**BAC:**
☐ No Injury or Death Pursuant to 21 Del. C. § 4205A: Defendants convicted under §4177B(e)(1)a-d; the terms of imprisonment defined in this title may be served at Level 4 as defined in 11 Del. C. §4204(c)(4).
☐ 4214(a)   ☐ 4214(b)

## FINANCIAL
☒ Pay Costs
☐ Costs Suspended
☐ PD Fee/Conflict
☐ Surcharges
☐ Diversion Fee
☐ SARTEP
☐ 15%  ☐ 18%
☐ Pay Fine: $_____
☐ Amount Suspended $_____
☐ Civil Penalty
☐ Civil Judgment: _____
☐ OSCCE to collect
☐ Deemed uncollectible
☐ Transferred to: Cr.A. _____

☐ VOP/Contempt  ☐ Revoked  ☐ Not Found  ☐ Continued  ☐ Modified  ☐ Discharged  ☐ Withdrawn  ☐ Dismissed
☐ Resent/Review  ☐ Boot Camp/ Diversion  ☐ Boot Camp  ☐ 4177(d)(5)  ☐ GSP

## IMPRISONMENT / PROBATION
**Effective:** 6-22-06    **Deferred DATE:** _____    **Facility:** _____
**Be imprisoned for** ___ **years** 6 **months** ___ **days** ___ **At level** 5
**Level 5 Treatment:** _____

(CIRCLE ONE)
**COMMITMENT**
(**RELEASE**)
**DEFERRED COMMITTMENT**

☐ Min. Mandatory time: _____
Title/Sec: _____
☐ Credit For: _____
☐ No Credit Time Due

☐ Suspended Immediately          ☐ Suspended Time Served       restitution
☒ Suspended After time serv ☐ for 1 yr at level 1      Crest / Work Rel / Home conf / VOP center
☐ Suspended After _____ ☐ for _____ at level ___    Crest / Work Rel / Home conf / VOP center
☐ Suspended After _____ ☐ for _____ at level ___    Crest / Work Rel / Home conf / VOP center
Followed by: _____                 at level ___   Balance at level ___
☐ Consecutive to: _____             ☐ Concurrent with: _____

☐ Level 4 Sentence: Hold at: 3 4 5
☐ Guilty but Mentally Ill, to be confined at Delaware Psychiatric Center (Delaware State Hospital) until competent.

## RESTIT.
☐ TBD by AG ___ Days
☐ Determined by ISO
☐ Joint & Several w/co-deft.
ID No. _____
(Victim)
1. Vincent & Deanna Vinciguerra  AMOUNT: 7000.00
2. 06-637  AMOUNT: _____
3. _____  AMOUNT: _____

FILED OCT 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## CONDITIONS
☐ All Terms and Conditions Re-imposed
☒ Pay costs, fines, restitution
  ○ Previously Ordered
  ☒ During Probation
  ○ During / Within _____
☒ No Contact with: Victims Deanna + Vincent Vinciguerra
☐ Drug Court Standard Conditions
☐ Comm Serv: ___ Hrs
☐ No Driving Per Statute.

☐ Residential Drug/Alcohol
☐ Outpatient Drug/Alcohol
☐ 4177 DUI Program
☐ Alcohol Treatment
☐ Random Urinalysis
☐ Zero Tolerance
☐ Mental Health Eval.
☐ Sub. Abuse Eval.
☐ No Drugs/Alcohol Unless Medically Prescribed.

☐ Parenting
☐ TASC Eval / Monit
☐ DVCC
☐ DHSS Conditions
☐ Anger Management  RG
☐ Obtain GED
☐ Job Training
☐ Fully Employed
☐ Forfeit:

☐ TIER LEVEL: _____
☐ SEX OFFENDER: Registration per 11 Del C. § 4120-4122; 11 Del C. § 4336.
☐ 21 Del.C. § 2718 (Felony Only)
☐ DNA Testing
☐ HIV Testing

**Other Conditions:** deft permanently barred from the offer/sale of any securities in Del. A to be filed w/Div of

**Mitigating/Aggravating:**     **SB 50:**
☒ Nolle Prosses entered on remaining charges.
☐ Nolle Prosses entered on Criminal Action Number(s):

November 30, 2005

**DEFENSE:** _____  **DAG:** _____  **CLERK:** _____  **CT. REPORTER/FTR:** _____  **PROBATION:** _____  **TASC:** _____

## STATEMENT OF FACTS

WHEREAS THE PETITIONER APPEARED BEFORE THE SUPERIOR COURT OF THE STATE OF DELAWARE IN AND FOR THE COUNTY OF NEW CASTLE AS A RESULT OF A FILING OF AN INTERSTATE AGREEMENT ON DETAINERS (I.A.D.) ON FEBRUARY 16, 2006, BY THE STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, TO ANSEWER QUESTIONS IN THIS HONORABLE COURT; AND

WHEREAS, THE STATE OF DELAWARE, OFFICE OF THE ATTORNEY GENERAL, ACCEPTED SERVICE OF THE I.A.D. ON FEBRUARY 28, 2006; AND

WHEREAS UNDER THE TERMS AND CONDITIONS OF THE I.A.D., THE STATE OF DELAWARE HAD 180 DAYS TO TRANSPORT THE PETITIONER TO THE STATE OF DELAWARE, ADJUDICATE THE PENDING CHARGES AND RETURN THE PETITIONER TO THE STATE OF FLORIDA; AND

WHEREAS, AUGUST 28, 2006 REPRESENTS THE 180TH DAY AS ALLOTED UNDER THE TERMS AND CONDITIONS AS SETFORTH IN THE I.A.D., AND THE STATE OF DELAWARE HAS NO PENDING CHARGES AGAINST THE PETITIONER.

GROUND TWO CONTINUED

3) Participate in a "Work Release" program.

4) To go to the law library and research Florida State statutes pertaining to the Petitioner's pending legal matters in Florida.

5) To return to work at his permanent facility as a state certified G.E.D. tutor.

6) Has been denied information regarding a detainer, it's origin and nature of the pending charges.

7) To resolve any outstanding detainers.

8) Being discriminated against as the Petitioner is on a cell-block with non-sentenced individuals.

GROUND THREE CONTINUED

3) Daily lockdowns for no reason other than lack of manpower.

4) Refussal to provide a current status sheet and classifying the Petitioner and thus keeping the Petitioner in his current housing situation.

Moreover the current housing situation is in direct contradiction to the Petitioner's home state housing classification of minimum permitting the Petitoiner with movement about the facility during specific times of the day.

RELIEF SOUGHT

Upon deficiency, Petitioner prays this Honorable Court to issue a Federal mandate for the Petitioner's immediate release from custody and returned to the State of Florida, Department of Corrections Madison Correctional Institution 382 M.C.I. Way Madison Florida via the Tallahassee Airport within (72) hours of this Honorable Court's mandate. and remove this Petitioner's person from State custody to a Federal Holding Center awaiting transportation.