06cv637 GMS

**FILED**
NOV 0 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RETURN TO SENDER

— NO INMATE BY THIS SPELLING
— ENCLOSURE UNAUTHORIZED
— INMATE UNKNOWN
— INMATE RELEASED
— CORRESPONDENCE REFUSED

**RTS** RETURN TO SENDER

COMPLETED
OCT 2 6 2006

☐ OTHER

A ☐ INSUFFICIENT ADDRESS
  ☐ ATTEMPTED NOT KNOWN
C ☐ NO SUCH NUMBER/ STREET
  ■ NOT DELIVERABLE AS ADDRESSED
S   - UNABLE TO FORWARD

Michael D. Shuda
SBI# 574596
H.R.Y.C.I.
1301 E. 12th St.
Wilmington, DE 19809

**Utility Events**

1:06-cv-00637-UNA Shuda v. Williams et al

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rjb, entered on 10/25/2006 at 3:20 PM EDT and filed on 10/25/2006
**Case Name:**       Shuda v. Williams et al
**Case Number:**     1:06-cv-637
**Filer:**
**Document Number:**

**Docket Text:**
Case assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb, )

The following document(s) are associated with this transaction:

**1:06-cv-637 Notice will be electronically mailed to:**

**1:06-cv-637 Notice will be delivered by other means to:**

Michael D. Shuda
SBI# 574596
H.R.Y.C.I.
1301 E. 12th St.
Wilmington, DE 19809